United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13346-mdc
Stephen Eugene Malinich                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 2              Date Rcvd: May 28, 2019
                             Form ID: 309A           Total Noticed: 29

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             +Stephen Eugene Malinich,    240 Valley Road,    Lancaster, PA 17601-3412
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14331390        Bureau of Account Management,    PO Box 8875,    Camp Hill, PA 17001-8875
14331391       +CAC Acceptance Company,    PO Box 3268,    Camp Hill, PA 17011-3268
14331392        Complete Collection Service,    1007 N Federal Hwy, #280,    Fort Lauderdale, FL 33304-1422
14331394        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14331398        Lancaster General Health,    PO Box 824809,    Philadelphia, PA 19182-4809
14331397        Lancaster General Health,    PO Box 3555,    Lancaster, PA 17604-3555
14331399        Mercantile,    165 Lawrence Bell Drive, STE 100,    Buffalo, NY 14221-7900
14331400        Mercantile Adjustment Bureau, LLC,    PO Bxo 9016,    Buffalo, NY 14231-9016
14331401       +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14331402       +Penn Credit,    PO Box 69703,    Harrisburg, PA 17106-9703
14331403        PennyMac Loan Services, LLC,    PO Box 660929,    Dallas, TX 75266-0929
14331405      #+Ratchford Law Group PC,    409 Lackawanna Avenue, STE 320,    Scranton, PA 18503-2059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sommersesq@aol.com May 29 2019 02:52:22      MITCHELL A. SOMMERS,
                 Mitchell A. Sommers, Esquire P.C.,    107 West Main Street,    Ephrata, PA  17522
tr             +EDI: BCCSHUBERT.COM May 29 2019 06:48:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
                 Ocean City, NJ 08226-3622
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2019 02:52:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 29 2019 02:52:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 29 2019 02:52:52      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14331393       +E-mail/Text: csd1clientservices@cboflanc.com May 29 2019 02:53:14
                 Credit Bureau of Lancaster Co, Inc.,    PO Box 1271,    Lancaster, PA 17608-1271
14331395       +E-mail/Text: bknotice@ercbpo.com May 29 2019 02:52:54      ERC,    PO Box 23870,
                 Jacksonville, FL 32241-3870
14331396       +E-mail/Text: bncnotices@becket-lee.com May 29 2019 02:52:29      Kohls,    PO Box 3120,
                 Milwaukee, WI 53201-3120
14331404        EDI: PRA.COM May 29 2019 06:48:00      Portfolio Recovery,    120 Corporate Blvd, STE 1,
                 Norfolk, VA 23502
14331995       +EDI: RMSC.COM May 29 2019 06:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14331406       +EDI: WFFC.COM May 29 2019 06:48:00      Wells Fargo Bank N.A.,    7000 Vista Drive,
                 West Des Moines, IA 50266-9310
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: May 28, 2019
                              Form ID: 309A           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MITCHELL A. SOMMERS    on behalf of Debtor Stephen Eugene Malinich sommersesq@aol.com,
               kjober@ptd.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Stephen Eugene Malinich** | Social Security number or ITIN **xxx–xx–2121** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **7**   **5/24/19** |
| Case number: | **19–13346–mdc** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen Eugene Malinich | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 240 Valley Road<br>Lancaster, PA 17601 | |
| 4. | **Debtor's attorney**<br>Name and address | MITCHELL A. SOMMERS<br>Mitchell A. Sommers, Esquire P.C.<br>107 West Main Street<br>Ephrata, PA 17522 | Contact phone (717) 733–6607<br>Email:  sommersesq@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br>Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 5/28/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 9, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**28 E. Orange Street, Auditorium, 2nd Floor, Lancaster, PA 17602** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/7/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**