*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephen Eugene Malinich
    Debtor(s)

Case No: 19–13346–mdc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Motion to Avoid Lien with Capital One Bank (USA) N.A. Filed by Stephen Eugene Malinich Represented by MITCHELL A. SOMMERS.

\*\*Hearing rescheduled from 10:30 AM to 12:30 PM\*\*

    on: 6/26/19

    at: 12:30 PM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/13/19

Timothy B. McGrath
Clerk of Court