United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13346-mdc
Stephen Eugene Malinich                                             Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: SaraR           Page 1 of 1              Date Rcvd: Jun 13, 2019
                               Form ID: 167          Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db             +Stephen Eugene Malinich,    240 Valley Road,    Lancaster, PA 17601-3412
14331390        Bureau of Account Management,    PO Box 8875,    Camp Hill, PA 17001-8875
14331391       +CAC Acceptance Company,    PO Box 3268,    Camp Hill, PA 17011-3268
14331392        Complete Collection Service,    1007 N Federal Hwy, #280,    Fort Lauderdale, FL 33304-1422
14331394        Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
14331398        Lancaster General Health,    PO Box 824809,    Philadelphia, PA 19182-4809
14331397        Lancaster General Health,    PO Box 3555,    Lancaster, PA 17604-3555
14331399        Mercantile,   165 Lawrence Bell Drive, STE 100,    Buffalo, NY 14221-7900
14331400        Mercantile Adjustment Bureau, LLC,    PO Bxo 9016,    Buffalo, NY 14231-9016
14331401       +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14331402       +Penn Credit,   PO Box 69703,    Harrisburg, PA 17106-9703
14331403        PennyMac Loan Services, LLC,    PO Box 660929,    Dallas, TX 75266-0929
14335019       +PennyMac Loan Services, LLC c/o Kevin G. McDonald,,    KML Law Group, P.C.,    701 Market Street,
                Suite 5000,    Philadelphia, PA 19106-1541
14331405      #+Ratchford Law Group PC,    409 Lackawanna Avenue, STE 320,    Scranton, PA 18503-2059
14336708       +Richard Fairbank, CEO,    Capital One Bank,    1680 Capital One Drive,    McLean, VA 22102-3407
14331406       +Wells Fargo Bank N.A.,    7000 Vista Drive,    West Des Moines, IA 50266-9310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:29      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14331393       +E-mail/Text: csd1clientservices@cboflanc.com Jun 14 2019 03:32:34
                Credit Bureau of Lancaster Co, Inc.,    PO Box 1271,    Lancaster, PA 17608-1271
14331395       +E-mail/Text: bknotice@ercbpo.com Jun 14 2019 03:31:41      ERC,    PO Box 23870,
                Jacksonville, FL 32241-3870
14331396       +E-mail/Text: bncnotices@becket-lee.com Jun 14 2019 03:30:41      Kohls,    PO Box 3120,
                Milwaukee, WI 53201-3120
14331404        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:40:24
                Portfolio Recovery,    120 Corporate Blvd, STE 1,    Norfolk, VA 23502
14331995       +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:50      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Stephen Eugene Malinich sommersesq@aol.com,
                kjober@ptd.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephen Eugene Malinich
    Debtor(s)

Case No: 19−13346−mdc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion to Avoid Lien with Capital One Bank (USA) N.A. Filed by Stephen Eugene Malinich Represented by MITCHELL A. SOMMERS.

**Hearing rescheduled from 10:30 AM to 12:30 PM**

on: 6/26/19

at: 12:30 PM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/13/19

Timothy B. McGrath
Clerk of Court

14 − 12
Form 167