Certificate Number: 15317-PAE-DE-033360467

Bankruptcy Case Number: 19-13346



15317-PAE-DE-033360467

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 6, 2019</u>, at <u>3:51</u> o'clock <u>PM PDT</u>, <u>Stephen E Malinich</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  September 6, 2019           By:    /s/Eric Reyes

                                   Name:  Eric Reyes

                                   Title: Certified Counselor